UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. ARELLANO,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | No. EDCV 15-192 FFM<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: May 25, 2016

                                                                                                  /S/ FREDERICK F. MUMM
                                                                                  FREDERICK F. MUMM
                                                    United States Magistrate Judge